[Doc. No. 18]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SHELLY MARTIN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ATLANTICARE, et al.,<br><br>        Defendants. | Civil No. 10-6793 (JHR/JS) |

**O R D E R**

This matter is before the Court on plaintiffs' "Motion to Disqualify Plaintiffs' Counsel" [Doc. No. 18]; and the Court having received plaintiffs' opposition [Doc. No. 20] and the parties' subsequent submissions [Doc. Nos. 23, 25, 39, 40, 41, 42, 43]; and the Court having held two oral argument sessions; and the Court finding good cause to grant defendants' motion; and for all the reasons set forth in the accompanying Opinion,

IT IS HEREBY ORDERED this 25th day of October, 2011, that defendants' Motion to Disqualify Plaintiffs' Counsel is GRANTED; and

IT IS FURTHER ORDERED that plaintiffs' law firm, Costello & Mains, P.C., is immediately disqualified from representing plaintiffs; and

IT IS FURTHER ORDERED that by no later than December 15, 2011, new counsel shall enter their appearance for plaintiffs; and

IT IS FURTHER ORDERED that a status conference is scheduled on December 20, 2011 at 3:00 p.m.  At least seven (7) days prior to the conference, defense counsel and plaintiffs' new counsel shall serve a joint letter with their proposed case management schedule with a list of issues to be discussed at the status conference.

                                                s/Joel Schneider
                                                JOEL SCHNEIDER
                                                United States Magistrate Judge