**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------
X
SHELLY MARTIN, et al.                          Docket No.  11-2561(FLW)

                  Plaintiff,

         -against-

ATLANTICARE, et al.                            **NOTICE TO CROSS-MOTION TO**
                                               **WITHDRAW AS COUNSEL FOR**
                  Defendant.                   **PLAINTIFF**
---------------------------------------------------
X

         S I R S:

         **PLEASE TAKE NOTICE** that  on the 17th day of September, 2012 at 10:00

a.m. or as soon thereafter as counsel may be heard, Franzblau Dratch, P.C. (by

Stephen N. Dratch, Esq.), attorneys for plaintiff, shall apply to the United States

District Court for the District of New Jersey  Jersey for an Order relieving myself

and my firm as counsel for plaintiff.

         In support of this application, counsel shall rely upon the Certification of

Brian M. Dratch.

                                  FRANZBLAU DRATCH, P.C.
                                  *Attorneys for Plaintiff*


                                  BY:/s/Brian M. Dratch
                                       Brian M . Dratch

DATED: August 24, 2012