Case 1:10-cv-06793-JHR-JS   Document 71   Filed 08/30/12   Page 1 of 4 PageID: 1882
AUG-29-2012  13:28      MORGAN LEWIS BOCKIUS           6099196701       P.002

Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
Tel: 609.919.6600
Fax: 609.919.6701
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW
A Pennsylvania Limited Liability Partnership

RANDALL B. SUNBERG
Partner-in-Charge

**Richard G. Rosenblatt**
Partner
609.919.6609
rrosenblatt@morganlewis.com

August 29, 2012

VIA FACSIMILE [856.757.5355] AND U.S. MAIL

RECEIVED
AUG 29 2012
JOEL SCHNEIDER
U.S. Magistrate Judge

The Honorable Joel Schneider
United States Magistrate Judge
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 2060
Camden, New Jersey 08101-0887

Re:  **Shelly Martin, et al. v. AtlantiCare, et al.
      Case No. 1:10-cv-06793**

Dear Judge Schneider:

We represent Defendants in the above-referenced matter. We write at the request of your judicial assistant to inform you that the parties in this matter have reached an amicable resolution of their dispute, and have executed the attached Stipulation of Dismissal With Prejudice ("Stipulation").

As you know, in addition to the Complaint filed in this action, the Plaintiffs individually filed Verified Complaints with the New Jersey Division on Civil Rights ("DCR") in June 2012. The DCR has facilitated settlement negotiations between the parties. On August 27, 2012, we spoke with Plaintiffs' counsel of record, Brian Dratch, and received his permission to negotiate the terms of a settlement through the assistance of the representatives at the DCR's Atlantic City office.

On August 28, the parties executed settlement agreements which included an agreement by Plaintiffs to execute the attached Stipulation with respect to this action, in addition to withdrawing their complaints pending before the DCR.

Philadelphia  Washington  New York  Los Angeles  San Francisco  Miami  Pittsburgh  Princeton  Chicago  Palo Alto
Dallas  Houston  Harrisburg  Irvine  Boston  Wilmington  London  Paris  Brussels  Frankfurt  Beijing  Tokyo



**Morgan Lewis**
COUNSELORS AT LAW
A Pennsylvania Limited Liability Partnership

The Honorable Joel Schneider
August 16, 2012
VIA FEDERAL EXPRESS
Page 2

We therefore respectfully request that the Court grant permission to file the attached Stipulation, and enter an Order of Dismissal with Prejudice as to all parties and all issues in this matter.

Respectfully submitted,

*Richard Rosenblatt/NS*
Richard G. Rosenblatt
RGR/NS/kmb

w/enclosure

cc: Brian M. Dratch, Esquire (via e-mail)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHELLY MARTIN, KARLA MAYFIELD And DONNA M. DAVIS, <br><br> Plaintiffs, <br><br> vs. <br><br> ATLANTICARE, ATLANTICARE BEHAVIORAL HEALTH, ATLANTICARE REGIONAL MEDICAL CENTER, ATLANTICARE CORPORATE, ATLANTICARE HEALTH ENGAGEMENT, ATLANTICARE HEALTH SERVICES, ATLANTICARE SURGERY CENTER, ATLANTICARE INFOSHARE/ATLANTICARE INFORMATION TECHNOLOGY, CAROLINE BAIER, Individually, ROSE UHLAND, Individually, and John Does 1-5 and 6-10, <br>   Defendants. | Civil Action No. : 1:10-cv-06793-JHR - AMD <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> *ELECTRONICALLY FILED* |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action, Plaintiffs Shelley Martin, Karla Mayfield and Donna M. Davis, and Defendants AtlantiCare Regional Medical Center, Carolyn Baier and Rose Uhland, stipulate to the dismissal

- 12 -

of this entire action, on the merits, and with prejudice as to all claims, each party to bear their own attorneys' fees and costs.

Respectfully submitted this 28th day of August, 2012.

_Shelley Martin_
Shelley Martin
417 ~~4117~~ Glenn Avenue
Egg Harbor Township, NJ 08234
*Plaintiff, appearing pro se*

_Karla Mayfield_
Karla Mayfield
1145 Monroe Avenue
Atlantic City, NJ 08401
*Plaintiff, appearing pro se*

_Donna M. Davis_
Donna M. Davis
135 New Jersey Ave.
Atlantic City, NJ 08401
*Plaintiff, appearing pro se*

_Richard G. Rosenblatt_
Richard G. Rosenblatt, Esq.
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
Telephone: 609.919.6609
rrosenblatt@morganlewis.com

*Attorneys for Defendants AtlantiCare Regional Medical Center, Carolyn Baier and Rose Uhland*